UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN GREGORY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FED EX NATIONAL LTL, INC., n/k/a Fedex Freight, Inc., and DANIEL ADAM DAVIS,<br><br>　　　　Defendants. | Case No. 14-cv-572-JPG-RJD |

## JUDGMENT

This matter having come before the Court for trial, the Court having heard the issues and rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Brian Gregory and against defendant Fed Ex National, LTL, Inc. k/n/a Fedex Freight, Inc. and defendant Daniel Adam Davis, jointly and severally, in the amount of $65,000.

**DATED: October 4, 2016**　　　　**JUSTINE FLANAGAN, Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　*s/Tina Gray*, **Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**